```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


EDWIN RIVERA,

     Plaintiff,                   :
                                  :
V.                                :    CASE NO. 3:21CV60(RNC)
                                  :
GENERAL CABLE INDUSTRIES,         :
INC., ET AL.,                     :
                                  :
     Defendants.                  :
```

ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before September 5, 2022.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before September 5, 2022.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).  So ordered.

Dated at Hartford, Connecticut this 5th day of August 2022.

                                        /s/ RNC
                                  Robert N. Chatigny
                                  United States District Judge